**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-6292**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

MATTHEW DAVIS,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
District Judge.  (6:95-cr-00284-JAB-1)

—————————

Submitted:  June 26, 2014              Decided:  July 1, 2014

—————————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Matthew Davis, Appellant Pro Se.  Clifton Thomas Barrett, Angela
Hewlett Miller, Assistant United States Attorneys, Greensboro,
North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Davis appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm. See United States v. Davis, No. 6:95-cr-00284-JAB-1 (M.D.N.C. Jan. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted Davis' § 3582(c)(2) motion, the reduction granted by the court did not reduce Davis' sentence to the full extent he requested.

2